UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-10216-ODW (Ex) | Date | November 14, 2022 |
|---|---|---|---|
| Title | *GE Celma Ltda. v. Westmont Industries et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**  **ORDER TO SHOW CAUSE re: Courtesy Copies (Defendants)**

On October 31, 2022, the Court ordered the parties to submit courtesy copies of the papers filed in connection with Plaintiff's Motion for Partial Summary Judgment ("Motion") by no later than November 7, 2022. As of today's date, the Court has yet to receive courtesy copies of the Westmont Defendants' Opposition to Plaintiff's Motion. (Opp'n, ECF No. 129.) Accordingly, the Westmont Defendants are **ORDERED TO SHOW CAUSE**, in writing only, to be received by the Court no later than **4:00 p.m. on November 21, 2022**, why their Opposition to the Motion should not be stricken for failure to comply with the Central District Local Rules and this Courtroom's requirements and orders regarding courtesy copies. This Order to Show Cause will be deemed discharged upon receipt of courtesy copies that comply fully with the Local Rules and with this Courtroom's requirements for courtesy copies.

    **IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |